PD-0078-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/18/2015 2:28:41 PM
Accepted 8/18/2015 2:33:48 PM
ABEL ACOSTA
CLERK

**BELINDA HILL**
**FIRST ASSISTANT**



**DEVON ANDERSON**
**DISTRICT ATTORNEY**
**HARRIS COUNTY, TEXAS**

August 18, 2015

FILED IN
COURT OF CRIMINAL APPEALS

August 18, 2015

ABEL ACOSTA, CLERK

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 – Capitol Station
Austin, TX 78711

**RE: JOSE VASQUEZ v. THE STATE OF TEXAS**

Case No.: PD-0078-15
Trial Court No.: 1333231

Dear Mr. Acosta:

I plan to present oral argument in the above case in Austin on Wednesday, September 16, 2015 at 9:00 AM.

A copy of this notice is being sent to the attorney of record.

Sincerely,

/s/ Eric Kugler

**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
(713) 755-5826

/vl
cc: Mark C. Kratovil
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, TX 77002